UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| TAMMY LARKIN, | ) | **CIVIL ACTION** |
| 3904 W Iowa Ave | ) | **No.** _____ |
| Tampa, Florida, 33616, | ) | |
| | ) | **HON.** _____ |
| PLAINTIFF, | ) | |
| | ) | **PLAINTIFF'S COMPLAINT** |
| vs. | ) | **WITH INJUNCTIVE RELIEF** |
| | ) | **SOUGHT AND DEMAND** |
| | ) | **FOR JURY TRIAL** |
| B&B PROTECTOR PLANS, INC., | ) | |
| c/o CT CORPORATION SYSTEM | ) | |
| 1200 South Pine Island Road | ) | |
| Plantation, FL 33324, | ) | |
| | ) | |
| BROWN & BROWN OF FLORIDA, INC., | ) | |
| c/o CT CORPORATION SYSTEM | ) | |
| 1200 South Pine Island Road | ) | |
| Plantation, FL 33324, | ) | |
| | ) | |
| BROWN & BROWN, INC. | ) | |
| c/o CT CORPORATION SYSTEM | ) | |
| 1200 South Pine Island Road | ) | |
| Plantation, FL 33324, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

---

## PLAINTIFF'S COMPLAINT WITH INJUNCTIVE RELIEF SOUGHT AND DEMAND FOR JURY TRIAL

---

Now comes the Plaintiff, TAMMY LARKIN, for her Complaint against the

Defendants, B&B PROTECTOR PLANS, INC., BROWN & BROWN OF FLORIDA,

INC., and BROWN & BROWN, INC. :

## NATURE OF THE CLAIMS

1.  This is an action for monetary damages and injunctive relief, pursuant to the Family and Medical Leave Act of 1996, 29 U.S.C. § 2601 *et seq.* (hereinafter the "FMLA").

2.  This action is to redress Defendants' unlawful employment practices against Plaintiff, including Defendants' unlawful interference with and retaliation against Plaintiff for requesting leave under the FMLA, leading to her unlawful termination.

## JURISDICTION AND VENUE

3.  This is an action for monetary damages and injunctive relief pursuant to the FMLA.

4.  This Court has jurisdiction of the claims herein pursuant to 28 U.S.C. §§ 1331 and 1343, as this action involves federal questions regarding deprivation of Plaintiff's rights under the FMLA.

5.  Venue is proper in this district pursuant to 28 U.S.C. §1391(b) because a substantial part of the events or omissions giving rise to this action, including the unlawful employment practices alleged herein occurred in this district.

## PARTIES

6.  Plaintiff, TAMMY LARKIN, is a citizen of the United States, and is and was at all times material, a resident of the State of Florida and resided in Hillsborough County.

7.    Defendant, B&B PROTECTOR PLANS, INC., is a Florida For-Profit Corporation authorized to conduct business in the State of Florida and doing business in Hillsborough County, Florida.

8.    Defendant, BROWN & BROWN OF FLORIDA, INC., is a Florida For-Profit Corporation authorized to conduct business in the State of Florida and doing business in Hillsborough County, Florida.

9.    Defendant, BROWN & BROWN, INC., is a Florida For-Profit Corporation authorized to conduct business in the State of Florida and doing business in Hillsborough County, Florida.

10.   Defendants are employers as defined by the all laws under which this action is brought and employs the requisite number of employees.

## FACTS

11.   Plaintiff realleges and adopts, as if fully set forth herein, the allegations stated in Paragraphs 1-10, above.

12.   At all material times, Plaintiff worked for Defendants' Tampa location, located at 655 N. Franklin Street, Suite 1900, Tampa, FL 33602.

13.   Plaintiff was employed by Defendants for approximately six (6) years and during that time held the position as an Account Executive.

14.   While employed by Defendants, Plaintiff satisfactorily performed the job requirements of her position.

15.   Plaintiff applied for FMLA protected leave in October 2013 due to her Mother dying of cancer.

16.    Plaintiff's supervisor, Bernadette Green, threatened to fire Plaintiff is she took protected leave.

17.    Prior to leave, Plaintiff's last yearly appraisal done in September 2013 was "above satisfactory."

18.    Plaintiff took protected FMLA leave from October 2013 to November 2013.

19.    Thereafter, Defendants gave Plaintiff unrealistic goal changes to meet.

20.    Plaintiff was unable to meet the unrealistic goal changes.

21.    On or around August 1, 2014, Defendants terminated Plaintiff's employment.

22.    Defendants unlawfully terminated Plaintiff by use of unrealistic goals as a pretext after Plaintiff took protected FMLA leave.

23.    Plaintiff has been damaged by Defendants' illegal conduct.

24.    Plaintiff has had to retain the services of undersigned counsel and has agreed to pay said counsel reasonable attorneys' fees.

## COUNT I:

### *FMLA INTERFERENCE*

25.    Plaintiff realleges and adopts, as if fully set forth herein, the allegations stated in Paragraphs 1-24, above.

26.    Plaintiff was eligible for FMLA leave.

27.    Defendants are covered employers as defined by the FMLA.

28.    Plaintiff immediate family member was suffering from a serious health condition as defined by the FMLA.

29.    Defendants interfered with, restrained, or denied Plaintiff the exercise of or the

attempt to exercise her FMLA rights.

30.     Defendants' actions were willful, knowing and voluntary, and otherwise done with malice and/or reckless indifference for Plaintiff's rights.

31.     Plaintiff was injured due to Defendants' willful violations of the FMLA, to which she is entitled to legal relief.

**WHEREFORE**, Plaintiff, requests this Honorable Court:

a.)     Enter a judgment that Defendants' interference with Plaintiff's rights was in violation of the FMLA;

b.)     Enjoin and permanently restrain Defendants from further violations of the FMLA;

c.)     Award front pay to Plaintiff;

d.)     Award liquidated damages to Plaintiff;

e.)     Award reasonable attorneys' fees and costs to Plaintiff;

f.)     Additional relief to which Plaintiff is entitled, including equitable relief; and

g.)     Any other and further relief as this Court deems just and proper.

## COUNT II:

### *FMLA RETLIATION*

32.     Plaintiff realleges and adopts, as if fully set forth herein, the allegations stated in Paragraphs 1-31, above.

33.     Plaintiff exercised or attempted to exercise her rights under the FMLA.

34.   Defendants retaliated against Plaintiff for exercising or attempting to exercise her FMLA rights.

35.   Defendants' actions were willful, knowing and voluntary, and otherwise done with malice and/or reckless indifference for Plaintiff's rights.

36.   Plaintiff was injured due to Defendants' willful violations of the FMLA, to which she is entitled to legal relief.

**WHEREFORE**, Plaintiff, requests this Honorable Court:

a.)   Enter a judgment that Defendants retaliated against Plaintiff because she exercised or attempted to exercise his rights under the FMLA;

b.)   Enjoin and permanently restrain Defendants from further violations of the FMLA;

c.)   Award back pay to Plaintiff, plus interest and all benefits;

d.)   Award liquidated damages to Plaintiff;

e.)   Award reasonable attorneys' fees and costs to Plaintiff;

f.)   Additional relief to which Plaintiff is entitled, including equitable relief; and

g.)   Any other and further relief as this Court deems just and proper.

## JURY DEMAND

Plaintiff hereby requests a trial by jury on all triable issues herein.

Respectfully Submitted:

Gary Martoccio, Esq.
Fl. Bar No. 0099040
Spielberger Law Group
202 S. Hoover Blvd.
Tampa, Florida 33609
T: (800) 965-1570
F: (866) 580-7499
Gary.Martoccio@spielbergerlawgroup.com

*Trial Counsel for Plaintiff*